**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GUAVA LLC, ) | |
| ) | Civil Action No.: 1:12-cv-01661 |
| Plaintiff, ) | |
| ) | Judge: Hon. Beryl A. Howell |
| v. ) | |
| ) | |
| JOHN DOE, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

Notice is hereby given that, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff voluntary dismisses this action in its entirety without prejudice. In accordance with Federal Rule of Civil Procedure 41(a)(1), Defendant has neither filed an answer to Plaintiff's Complaint, nor a motion for summary judgment. Dismissal under Federal Rule of Civil Procedure 41(a)(1) is therefore appropriate

Respectfully submitted,

Guava, LLC

DATED: February 15, 2013

By: /s/ Paul Duffy
Paul A. Duffy, Esq.
D.C. Bar Number: IL0014
Prenda Law, Inc.
161 N. Clark St., Suite 3200
Chicago, IL  60601
Phone:  312-880-9160
Fax:  312-893-25677
E-mail:  paduffy@wefightpiracy.com
*Attorney for Plaintiff*

1